UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

BRIDGEHEAD CONTAINER SERVICES LTD.,

    Plaintiff,

v.                                CASE NO.: 17-cv-23941-DPG

ANGEL DONES, JR.,

    Defendant.
_____/

## FED. R. CIV. P. 7.1 DISCLOSURE

Plaintiff Bridgehead Container Services Ltd. ("Bridgehead") states that there is no parent corporation or any publicly held corporation owning 10% or more of its stock.

Dated: October 27, 2017                    Respectfully submitted,

| | |
|---|---|
| /s/ J. Stephen Simms | /s/ Andrew D. Zaron |
| J. Stephen Simms, *pro hac vice* pending | Andrew D. Zaron |
| | Florida Bar No. 965790 |
| /s/ Marios J. Monopolis | Aaron Brownell |
| Marios J. Monopolis, *pro hac vice* pending | Florida Bar No. 126213 |
| Simms Showers LLP | **LEÓN COSGROVE, LLP** |
| 201 International Circle | 255 Alhambra Circle, Suite 800 |
| Baltimore, MD 21030 | Miami, Florida 33131 |
| Tel:   410-783-5795 | Telephone: (305) 740.1975 |
| Fax:   410-510-1789 | Facsimile: (305) 437.8158 |
| Email: jssimms@simmsshowers.com | azaron@leoncosgrove.com |
| Email: mjmonopolis@simmsshowers.com | abrownell@leoncosgrove.com |

Counsel for Plaintiff Bridgehead Container Services Ltd.