AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| BRIDGEHEAD CONTAINER SERVICES LTD., <br><br> *Plaintiff(s)* <br> v. <br> ANGEL DONES, JR., <br><br> *Defendant(s)* | Civil Action No. 17-cv-23941-DPG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ANGEL DONES, JR., 176 Paloma Dr, Coral Gables, Florida 33143

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Andrew D. Zaron, LEÓN COSGROVE, LLC, 255 Alhambra Circle, Suite 800, Miami, Florida 33131, J. Stephen Simms, Marios J. Monopolis, Simms Showers LLP 201 International Circle, Baltimore, MD 21030

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Oct 27, 2017

Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Autumn Sandoval*
Deputy Clerk
U.S. District Courts