UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

BRIDGEHEAD CONTAINER SERVICES LTD.,

    Plaintiff,

v.                                                                                          CASE NO.: 17-23941

ANGEL DONES, JR.,

    Defendant.
_____/

## PROOF OF SERVICE

I hereby certify that, on October 31, 2017, a Summons, with a copy of the Complaint attached thereto, was personally served on Angel Dones, Jr. by private process. A copy of the process server's Proof of Service is attached hereto.

Dated: November 15, 2017.

/s/ *J. Stephen Simms*

| | |
|---|---|
| J. Stephen Simms, admitted *pro hac vice* | Andrew D. Zaron |
| Marios J. Monopolis, admitted *pro hac vice* | Florida Bar No. 965790 |
| Simms Showers LLP | **LEÓN COSGROVE, LLC** |
| 201 International Circle | 255 Alhambra Circle, Suite 800 |
| Baltimore, MD 21030 | Miami, Florida 33131 |
| Tel:   410-783-5795 | Telephone: (305) 740.1975 |
| Fax:   410-510-1789 | Facsimile: (305) 437.8158 |
| Email: jssimms@simmsshowers.com | azaron@leoncosgrove.com |
| Email: mjmonopolis@simmsshowers.com | |

Counsel for Plaintiff Bridgehead Container Services Ltd.

1765664 (36008)
AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 17-cv-23841-DPG

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>ANGEL DONES, JR</u> was received by me on *(date)* <u>Oct 27, 2017, 4:55 pm</u>.

[X] I personally served the summons on the individual at *(place)* <u>176 Paloma Dr, Coral Gables, FL 33143</u> on *(date)* <u>Tue, Oct 31 2017</u> ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

[ ] I returned the summons unexecuted because: _____ ; or

[ ] Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 11-1-2017

*Server's signature*

Clarence Mack - 1612

*Printed name and title*

PO Box 1832, West Palm Beach, FL 33402

*Server's address*

Additional information regarding attempted service, etc.:
1) Unsuccessful Attempt: Oct 28, 2017, 7:10 am EDT at 176 Paloma Dr, Coral Gables, FL 33143
Attempt made, not served. No answer or movement inside.

2) Unsuccessful Attempt: Oct 28, 2017, 7:40 pm EDT at 176 Paloma Dr, Coral Gables, FL 33143
Attempt made, not served. No answer or movement inside. Made contact with a neighbor who informed me that this property belongs to Dones' parents.

3) Unsuccessful Attempt: Oct 31, 2017, 9:35 pm EDT at 7201 SW 80th Ct, Miami, FL 33143
Attempt made, not served. 65 female occupant answered the door and refused to cooperate in any way. Vehicle on property was a black Range Rover with tag number: 78GCA. Dogs inside, lights on, "Dones," listed in the directory.

4) Successful Attempt: Oct 31, 2017, 10:13 pm EDT at 176 Paloma Dr, Coral Gables, FL 33143 received by ANGEL DONES, JR.
Age: 50; Ethnicity: Hispanic; Gender: Male; Weight: 220; Height: 6'2"; Hair: Gray; Eyes: Brown; Other: Glasses;