UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

BRIDGEHEAD CONTAINER SERVICES
LTD.,

    Plaintiff,

v.                                      CASE NO.: 17-23941-DPG

ANGEL DONES, JR.,

    Defendant.
_____/

**MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO <u>ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING</u>**

In accordance with Local Rules 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Christopher J. Lyon, of the law firm of Simms Showers LLP, 201 International Circle, Baltimore, Maryland 21030, phone 410-783-5795, for purposes of appearance as co-counsel on behalf of Bridgehead Container Services Ltd. in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Christopher J. Lyon to receive electronic filings in this case, and in support thereof states as follows:

    1.    Christopher J. Lyon is not admitted to practice in the Southern District of Florida and is a member in good standing of the Bar of the United States District Court, District of Maryland.

    2.    Movant, Michael W. McLeod, of the law firm of **RUMRELL, MCLEOD & BROCK, PLLC,** 150 E. Palmetto Park Road, Suite 800, Boca Raton, Florida 33432, phone: 904-829-3300 is a member in good standing of the Florida bar and the United States District Court for the Southern District of Florida, and is authorized to file through the Court's electronic filing

system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

     3.     In accordance with the local rules of this Court, Christopher J. Lyon has made payment of this Court's $75 admission fee.  A certification in accordance with Rule 4(b) is attached hereto.

     4.     Christopher J. Lyon, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Christopher J. Lyon at email address: cjlyon@simmsshowers.com.

     WHEREFORE, Michael W. McLeod moves this Court to enter an Order Christopher J. Lyon to appear before this Court on behalf of Bridgehead Container Services Ltd., for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Christopher J. Lyon.

Dated: March 29, 2018.                          Respectfully submitted,

                                                   RUMRELL, MCLEOD & BROCK, PLLC

                                                   <u>/s/  *Michael W. McLeod*</u>
                                                   Michael W. McLeod
                                                   Florida Bar No. 956831
                                                   Rumrell, McLeod & Brock PLLC
                                                   150 E. Palmetto Park Road, Suite 800
                                                   Boca Raton, Florida  33432
                                                   904-829-3300 Office
                                                   Email:  mmcleod@rumrelllaw.com

                   Counsel for Plaintiff Bridgehead Container Services Ltd.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on March 29, 2018, a true and correct copy of the foregoing Motion to Appear Pro Hac Vice, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings was filed on this Court's CM/ECF system for electronic service on all parties of record.

/s/  Michael W. McLeod