UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 17-23941-CIV-Gayles/Otazo-Reyes

**Bridgehead Container Services LTD**
   **Plaintiff,**
vs.

**Angel Dones, Jr.**
   **Defendant.**
_____/

### CLERK'S NOTICE OF MEDIATOR DESIGNATION

  In accordance with S.D. Fla. L.R. 16.2 (d) (1) (b), the certified mediator identified below is hereby designated to serve as the mediator in this case:

Daniel R. Levine
Padula Bennardo Levine, LLP
3837 NW Boca Raton Blvd.
Suite 200
Boca Raton, FL 33431
Telephone: 561-544-8900
Facsimile: 561-544-8999
Email: DRL@PBL-Law.com

  The Certified Mediator shall be compensated in accordance with Administrative Order 2008-08 ("in cases where the parties have not agreed on the selection of a mediator which results in the Clerk of the Court designating a mediator on a blind rotating basis ... such designated mediators shall be compensated at the rate of Two Hundred Fifty Dollars ($250) per hour, which includes the mediator's time preparing for and conducting the mediation."). See also S.D. Fla. L.R. 16.2 (b) (7) ("All mediation fees ... shall be due within forty-five (45) days of invoice and shall be enforceable by the Court upon motion.")

  Pursuant to S.D. Fla. L.R. 16.2(d)(2), Plaintiff's counsel (or another attorney agreed upon by all counsel of record) shall be responsible for coordinating the mediation conference date and location agreeable to the mediator and all counsel of record. Plaintiff's Counsel in this case is identified below:

Michael William McLeod
Rumrell, McLeod & Brock, PLLC
150 E Palmetto Park Rd
Boca Raton, FL 33432
Telephone: 561-350-7010
Facsimile: 904-825-0287
Email: mmcleod@rumrelllaw.com

  DONE at the Federal Courthouse Square, Miami, Florida this 24th day of April, 2018.

               STEVEN M. LARIMORE
               Court Administrator • Clerk of Court

               By: s/Peggy Johnson_____
               Deputy Clerk

Copies to:
The Honorable Darrin P. Gayles, United States District Judge
All Counsel of Record and/or Pro Se Parties
Daniel R. Levine, Certified Mediator (Copy Mailed)             Rev. 2013-01