UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-23941-CIV-GAYLES/OTAZO-REYES

BRIDGEHEAD CONTAINER SERVICES LTD.,

    Plaintiff,

v.

ANGEL DONES, Jr.

    Defendant.
_____/

## ORDER

THIS CAUSE came before the Court upon Plaintiff Bridgehead Container Services Ltd.'s ("Plaintiff") Notice of Hearing (hereafter, "First Notice") [D.E. 30]; Notice of Hearing (hereafter, "Second Notice") [D.E. 35]; and Third Notice of Hearing for May 21, 2018 Hearing Date (hereafter, "Third Notice") [D.E. 38]. These matters were referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Darrin P. Gayles, United States District Judge [D.E. 17]. The undersigned held a hearing on these matters on May 21, 2018. In accordance with the undersigned's rulings at the hearing, it is

ORDERED AND ADJUDGED as follows:

- ➢ As to the First Notice, the objections of Defendant Angel Dones, Jr. ("Defendant") and non-parties Eastern Atlantic Sales, Inc. ("Eastern") and Irene Dones are overruled. Apollo Bank and Bank of America shall respond to their respective subpoenas, subject to an Agreed Confidentiality Order to be submitted to the undersigned for approval after review by the parties, non-parties and counsel for Apollo Bank who appeared at the May 21 hearing.

- As to the Second Notice, the objections of Eastern are overruled. Eastern shall produce documents responsive to the subpoena, except that it need not produce duplicates of bank records produced by Apollo Bank and Bank of America. Should Eastern identify additional bank accounts, the production of those bank records will be similarly subject to the terms of the Agreed Confidentiality Order.

- As to the Third Notice, Defendant's objections to Plaintiff's First Set of Interrogatories and Plaintiff's First Set of Requests for Production are overruled, based on his failure to timely respond to Plaintiff's discovery requests.

    o Defendant shall supplement his responses to the Requests for Production without objections and definitively state that he has no responsive documents, if that is the case for a particular request.

    o Defendant shall supplement his response to Interrogatory No. 2 with contact information.

    o Defendant shall make sure that the documents referenced in Interrogatory No. 4 as responsive to the interrogatory are provided to Plaintiff.

DONE AND ORDERED in Chambers at Miami, Florida, this 21st day of May, 2018.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:   United States District Judge Darrin P. Gayles
      Counsel of Record