UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:17-cv-23941-GAYLES

BRIDGEHEAD CONTAINER SERVICES LTD.,

    Plaintiff,

v.

ANGEL DONES, JR.,

    Defendant.

_____/

## [PROPOSED] JOINT VERDICT FORM

The parties, Plaintiff Bridgehead Container Services Ltd. and Defendant Angel Dones, Jr., through their respective, undersigned counsel, hereby submit this proposed Joint Verdict Form pursuant to the Court's Scheduling Order (D.E. 17), as first amended by Paperless Order of July 6, 2018 (D.E. 53), and as thereafter amended by Paperless Order of August 30, 2018 (D.E. 67) and Paperless Order of May 3, 2019 (D.E. 87).

As to the claims asserted:

Please answer Question Number 1

    1.    Do you find from a preponderance of the evidence that Defendant Angel Dones, Jr. is liable under the law for **conversion** of Plaintiff Bridgehead Container Services Ltd.'s marine shipping containers?

Yes _____     No _____

    If you answered "yes" to Question Number 1, please answer Question Numbers 2 and 3.

If you answered "no" to Question Number 1, then skip Question Numbers 2 and 3 and proceed to

sign and date this Verdict Form.

### PLAINTIFF'S PROPOSED QUESTION TWO

2. What do you therefore find to be the total amount (100%) of compensatory damages owed to Plaintiff Bridgehead Container Services Ltd.?

$ _____

Please answer Question Number 3.

### DEFENDANT'S PROPOSED QUESTION TWO

2. What do you therefore find to be reasonable market value of each of Plaintiff's containers at the time of the conversion of each container? Please insert the value as to each container on the attached list.[1]

Please answer Question Number 3.

3. Do you find from clear and convincing evidence that Defendant Angel Dones, Jr. is liable under the law for the civil theft of Plaintiff Bridgehead Container Services Ltd.'s marine shipping containers?

Yes _____    No _____

### DEFENDANT'S FURTHER PROPOSED QUESTION 4.

If you answered "yes" to Question Number 3, please answer Question Number 4. If you answered "no" to Question Number 3, then skip Question Number 4 and proceed to sign and date this Verdict Form.

4. What do you therefore find to be the actual damages suffered by Plaintiff as to each container on the attached list.[2]

Please proceed to sign and date this Verdict Form.

---

[1] Attach a list that identifies each container by identification number and the date on which it was converted.
[2] Attach a list that identifies each container by identification number and the actual damage suffered by Plaintiff as to each container.