UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

BRIDGEHEAD CONTAINER SERVICES
LTD.,

    Plaintiff,

v.                                                  CASE NO.: 17-23941-CV-GAYLES
                                                    (COHN)

ANGEL DONES,

    Defendant.
_____/

## APPLICATION FOR POST-JUDGMENT
## WRIT OF GARNISHMENT AGAINST
## SALARY OR WAGES

Judgment Creditor Bridgehead Container Services Ltd. ("Bridgehead") hereby moves, pursuant to Federal Rule of Civil Procedure 69 and § 77.03, Florida Statutes, for the issuance of a Writ of Garnishment Against Salary or Wages directed to: **Gulfstream Container.**

1.    This Court, on February 13, 2020, issued a final judgment in favor of Bridgehead and against Angel M. Dones a/k/a Angel Dones, Jr. in the amount of $166,525.00, plus post-judgment interest at the rate of 1.49% per annum from the date thereof until the judgment is paid in full.

2.    As of this date, no portion of the final judgment has been satisfied, therefore the amount due as of April 7, 2021 is $169,108.00, which includes $2,856.00 in post-judgment interest.

## LEGAL AUTHORITY

3.    Pursuant to Rule 69, the Court follows state law with regard to garnishment procedures. Plaintiff is entitled to a writ of garnishment pursuant to § 77.01, *et seq.*, Florida Statutes. Section 77.01 provides that "every person or entity who has sued to recover a debt or

has recovered judgment in any court against any person or entity has a right to a writ of garnishment …" To obtain issuance of the writ, Plaintiff must file a motion setting forth the amount of the judgment (§ 77.03, Fla. Stat.), which this Motion does. Moreover, the Florida Supreme Court has held that a plaintiff is entitled to issuance of a post-judgment writ of garnishment upon motion and without notice or hearing. *United Presidential Life Ins. Co. v. King*, 361 So. 2d 710, 713 (Fla. 1978) ("neither due process . . . nor any provision of the Florida Constitution requires prior notice to a judgment debtor and a hearing before a writ of garnishment may issue").

4. Pursuant to § 77.041, Fla. Stat., a Notice to Defendant regarding his right against garnishment of salary or wages shall be attached to the Writ of Garnishment. A copy of the Notice is attached hereto as Exhibit "A".

5. A copy of the proposed Writ of Garnishment Against Salary or Wages of Angel M. Dones a/k/a Angel Dones, Jr. to **Gulfstream Container** is attached hereto as Exhibit "B."

6. Bridgehead further moves the Court to specially appoint J. Stephen Simms, or any other qualified person appointed by him, to serve the writ of garnishment.

WHEREFORE, Plaintiff respectfully requests this Court order the Clerk to issue a Writ of Garnishment Against Salary or Wages to Gulfstream Container immediately, without further notice or hearing thereon, and to appoint J. Stephen Simms, or any other qualified person appointed by him, to serve the writ of garnishment.

Dated:  April 9, 2021.

/s/ J. Stephen Simms
J. Stephen Simms, admitted *pro hac vice*
Christopher J. Lyon, admitted *pro hac vice*
Simms Showers LLP
201 International Circle, Suite 250
Baltimore, MD 21030
Tel:   410-783-5795

/s/ Lindsey C. Brock III
MCLEOD BROCK, PLLC
Michael W. McLeod
Florida Bar No. 956831
Lindsey C. Brock III
Florida Bar No. 971669
Mailing Address:

| | |
|---|---|
| Fax: 410-510-1789<br>Email: jssimms@simmsshowers.com<br>Email: cjlyon@simmsshowers.com | 150 E. Palmetto Park Road, Suite 800<br>Boca Raton, Florida 33432<br>904-996-1100 Office<br>Email: lindsey@mcleodbrock.com<br>Secondary E-Mail:<br>jennifer@mcleodbrock.com |

Counsel for Plaintiff Bridgehead Container Services Ltd.

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of April 2021, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

J. Stephen Simms, Esq.
Christopher J. Lyon, Esq. Philip G. Carson, Esq.
jssimms@simmsshowers.com; cjlyon@simmsshowers.com; pgcarson@simmsshowers.com

Michael W. McLeod, Esq.
mmcleod@mcleodbrock.com; michelle@mcleodbrock.com

David A. Donet, Jr., Esq.
Donet@dmt-law.com; paralegals@dmt-law.com

/s/ Lindsey C. Brock III
MCLEOD BROCK, PLLC
Michael W. McLeod
Florida Bar No. 956831
Lindsey C. Brock III
Florida Bar No. 971669
Mailing Address:
150 E. Palmetto Park Road, Suite 800
Boca Raton, Florida 33432
904-996-1100 Office
Email: lindsey@mcleodbrock.com
Secondary E-Mail: jennifer@mcleodbrock.com