## VERIFIED RETURN OF SERVICE

| Case: 17-23941 | Court: United States District Court for the Southern Disctrict of Florida | County: N/A | Job: 5629251 (53378) |
|---|---|---|---|
| Plaintiff / Petitioner: BRIDGEHEAD CONTAINER SERVICES, LTD. | | Defendant / Respondent: ANGEL DONES, JR. | |
| Received by: QUANAE RIVERS | | For: Torri's Legal Services | |
| To be served upon: Gulfstream Container | | | |

I, QUANAE RIVERS, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Daniel Ramirez, 8450 NW 56TH ST, DORAL, FL 33166
**Manner of Service:** Authorized, May 4, 2021, 10:25 am EDT
**Documents:** Writ of Garnishment Against Salary or Wages (Received Apr 28, 2021 at 11:15am EDT), Final Judgment (Received Apr 28, 2021 at 11:15am EDT), NOTICE TO DEFENDANT OF RIGHT AGAINST GARNISHMENT OF WAGES, MONEY, AND OTHER PROPERTY (Received May 1, 2021 at 2:09pm EDT)

**Additional Comments:**
1) Successful Attempt: May 4, 2021, 10:25 am EDT at 8450 NW 56TH ST, DORAL, FL 33166 received by Daniel Ramirez. Age: 50; Ethnicity: Latino; Gender: Male; Weight: 200; Height: 5'8"; Hair: Gray; Relationship: Owner;

Under penalties of perjury, I swear or affirm that, pursuant to Fla. Stat. 92.525 that I have read the foregoing and the facts stated there are true. I am over the age of 18, I have no interest in the above action, and am a Certified Process Server in good standing in the county in which service was made.

_____   MAY 5, 2021
QUANAE RIVERS                Date
CPS 10031

Torri's Legal Services
18403 Woodfield Rd. Suite A
Gaithersburg, MD 20879