UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-cv-23941-DPG

BRIDGEHEAD CONTAINER
  SERVICES LTD.,

     Plaintiff,

v.

ANGEL DONES, JR.,

     Defendant.

_____

**EXHIBIT "A"**
**TO**
**THIRD PARTY IRENE DONES'**
**MOTION FOR CONTEMPT AGAINST**
**<u>BANK OF AMERICA AND PLAINTIFF</u>**

**Screenshot copy of NEF sent to the parties at 12:08 P.M. on May 18, 2021, enclosing copy of Order [DE 190] on [DE 179] Third Party's Motion to Vacate.**

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
Suite 406, Continental Plaza, 3250 Mary Street, Coconut Grove, FL 33133
• Phone 305-444-0030 • Fax 305-444-0039 •
www.dmt-law.com



Activity in Case 1:17-cv-23941-DPG Bridgehead Container Services Ltd. v. Dones, Jr. Order on Motion for Miscellaneous Relief

From: cmecfautosender@flsd.uscourts.gov
To: flsd_cmecf_notice@flsd.uscourts.gov
Cc:
Subject: Activity in Case 1:17-cv-23941-DPG Bridgehead Container Services Ltd. v. Dones, Jr. Order on Motion for Miscellaneous Relief
Sent: Tue 5/18/2021 12:04 PM

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Southern District of Florida

**Notice of Electronic Filing**

The following transaction was entered on 5/18/2021 at 12:04 PM EDT and filed on 5/18/2021
Case Name:      Bridgehead Container Services Ltd. v. Dones, Jr.
Case Number:    1:17-cv-23941-DPG
Filer:
WARNING: CASE CLOSED on 02/13/2020
Document Number: 190

Docket Text:
ORDER granting [179] Third Party MOTION to Vacate; denying as moot [177] MOTION and Memorandum for an Order to Access Jointly Held Safe Deposit Box. Signed by Magistrate Judge Alicia M. Otazo-Reyes on 5/18/2021. *See attached document for full details.* (gzu)

1:17-cv-23941-DPG Notice has been electronically mailed to:

Christopher J. Lyon      cjlyon@simmsshowers.com

Danise Ponton      danise_ponton@yahoo.com

David Antonio Donet , Jr      donet@dmt-law.com, paralegals@dmt-law.com

J. Stephen Simms      Jssimms@simmsshowers.com

Joseph Anthony Noa , Jr      e-service@noalawfirm.com

Lindsey C. Brock , III      lindsey@mcleodbrock.com, jennifer@rumrelllaw.com, kristen@rumrelllaw.com, madeline@rumrelllaw.com

Marios J. Monopolis      jssimms@simmsshowers.com

Michael William McLeod      mmcleod@rumrelllaw.com, michaelwmcleod@bellsouth.net, michelle@mcleodbrock.com, mmcleod@mcleodbrock.com