UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-cv-23941-DPG

BRIDGEHEAD CONTAINER
 SERVICES LTD.,

    Plaintiff,

v.

ANGEL DONES, JR.,

    Defendant.

_____

**EXHIBIT "B"
TO
THIRD PARTY IRENE DONES'
MOTION FOR CONTEMPT AGAINST
<u>BANK OF AMERICA AND PLAINTIFF</u>**

**Printed copy of email sent on May 18, 2021, at 1:32 P.M. to Joseph A. Noa, Jr., Esq., counsel to Bank of America.**

## David A. Donet, Jr., Esq.

| | |
|---|---|
| From: | donet@dmt-law.com |
| Sent: | Tuesday, May 18, 2021 1:32 PM |
| To: | 'THE NOA LAW FIRM, P.A.' |
| Cc: | Irene Dones; paralegals@dmt-law.com |
| Subject: | 90--ORDER granting [179] Third Party MOTION to Vacate - BRIDGEHEAD ETC vs ANGEL DONES - Case No.: 17-cv-23941-DPG |
| Attachments: | 190--ORDER granting [179] Third Party MOTION to Vacate; denying a[...].pdf |

Good afternoon Joseph.

Attached please find a copy of the Order of reference which you should have received earlier today via CM/ECF.

Our client, Irene Dones, is at the Bank's South Miami branch and requested access to the Safe Deposit Box and also to remove her husband, Angel Dones Jr., as a person authorized to access the Box. However, the Assistant Manager there (Jessica – Tel. # 305-669-6694), told her that she needed to receive your approval before granting access.

Mrs. Dones would like to do this today.

Therefore, we would appreciate your taking the necessary steps to provide such approval as quickly as possible as time is of the essence for Mrs. Dones.

Thank you and if you have any questions, please advise me immediately.

Regards,

David

**David A. Donet, Jr., Esq.**
Donet, McMillan & Trontz, P.A.
3250 Mary Street, Suite 406
Coconut Grove, FL 33133
T: 305-444-0030
F: 305-444-0039
www.dmt-law.com
~
Please add a copy to paralegals@dmt-law.com to all emails to us to expedite our response to you.
~

CONFIDENTIALITY NOTICE: This e-mail contains information that is privileged and confidential, and subject to legal restrictions and penalties regarding its unauthorized disclosure or other use. You are prohibited from copying, distributing or otherwise using this information if you are not the intended recipient. If you received this e-mail in error, please notify me immediately by return e-mail, and delete this e-mail and all attachments from your system.

1