UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-cv-23941-DPG

BRIDGEHEAD CONTAINER
 SERVICES LTD.,

    Plaintiff,

v.

ANGEL DONES, JR.,

    Defendant.

_____

**EXHIBIT "C"
TO
THIRD PARTY IRENE DONES'
MOTION FOR CONTEMPT AGAINST
<u>BANK OF AMERICA AND PLAINTIFF</u>**

**Printed copy of email sent on May 18, 2021, at 1:31 P.M., by Plaintiff's counsel to Bank of America's counsel, Joseph A. Noa, Jr., Esq.**

donet@dmt-law.com

| | |
|---|---|
| **From:** | Christopher J. Lyon <cjlyon@simmsshowers.com> |
| **Sent:** | Tuesday, May 18, 2021 1:31 PM |
| **To:** | 'THE NOA LAW FIRM, P.A.' |
| **Cc:** | J. Stephen Simms; paralegals@dmt-law.com; 'David A. Donet, Jr., Esq.'; Debra M. Hnat; Catherine M. Benson; Joseph D. Allen |
| **Subject:** | RE: Bridgehead Container Services Ltd. v. Dones, Jr. - BOA's Answer to Writ of Garnishment - Case Number: 1:17-cv-23941-DPG - U.S. District Court - Fla Southern District |
| **Attachments:** | 2021_0518_190_Order Vacating Writ.pdf |
| **Categories:** | Red Category |

Good afternoon, Mr. Noa. The attached Order concerning the Writ to Bank of America was just issued. We are considering appeal options of the Magistrate's decision and, otherwise, note that the order only dissolved the writ as to Irene Dones, not Defendant. Bank of America, of course, has already answered that the safe deposit box also is accessible and leased by the Defendant, so there is potentially property of Defendant's inside. We, therefore, expect Bank of America will continue to prevent access to the safe deposit box until this matter is finally resolved. Thank you.

**Christopher J. Lyon | Simms Showers LLP**
201 INTERNATIONAL CIRCLE, SUITE 230
HUNT VALLEY  MARYLAND  21030
O: 410-783-5795 | D: 443-290-8708
M: 410-428-5353 | F: 410-510-1789
www.simmsshowers.com

