UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-cv-23941-DPG

BRIDGEHEAD CONTAINER
SERVICES LTD.,

 Plaintiff,

v.

ANGEL DONES, JR.,

 Defendant.

_____

**EXHIBIT "D"
TO
THIRD PARTY IRENE DONES'
MOTION FOR CONTEMPT AGAINST
<u>BANK OF AMERICA AND PLAINTIFF</u>**

**Printed copy of email sent on May 18, 2021, at 2:34 P.M. by Ana Diaz Noa, Esq., counsel to Bank of America to Third Party Irene Dones' counsel.**

**donet@dmt-law.com**

| | |
|---|---|
| From: | THE NOA LAW FIRM, P.A. <e-service@noalawfirm.com> |
| Sent: | Tuesday, May 18, 2021 2:34 PM |
| To: | donet@dmt-law.com |
| Subject: | Fw: Bridgehead Container Services Ltd. v. Dones, Jr. - BOA's Answer to Writ of Garnishment - Case Number: 1:17-cv-23941-DPG - U.S. District Court - Fla Southern District |
| Attachments: | 2021_0518_190_Order Vacating Writ.pdf |
| Categories: | Red Category |

Good afternoon,

Please see the email below from Plaintiff's counsel which you were copied on.

Please advise your client that no entry into the safe deposit box may be had at this time.

Thank you,


ANA DIAZ NOA, ESQ.
THE NOA LAW FIRM, P.A.
P.O. BOX 941958
MIAMI, FL 33194
TELEPHONES: (305) 559-9620
FACSIMILE: (305) 559-3611

This message and any and all of its attachments may contain attorney-client privileged and confidential information intended only for the use of the individual or entity named above. If you are not an intended recipient, please notify the sender, and then please delete and destroy all copies and attachments, and be advised that any review or dissemination of the information contained in or attached to this message is strictly prohibited.

---

**From:** Christopher J. Lyon <cjlyon@simmsshowers.com>
**Sent:** Tuesday, May 18, 2021 1:31 PM
**To:** THE NOA LAW FIRM, P.A. <e-service@noalawfirm.com>
**Cc:** J. Stephen Simms <jssimms@simmsshowers.com>; paralegals@dmt-law.com <paralegals@dmt-law.com>; 'David A. Donet, Jr., Esq.' <donet@dmt-law.com>; Debra M. Hnat <dhnat@simmsshowers.com>; Catherine M. Benson <cmbenson@simmsshowers.com>; Joseph D. Allen <jdallen@simmsshowers.com>
**Subject:** RE: Bridgehead Container Services Ltd. v. Dones, Jr. - BOA's Answer to Writ of Garnishment - Case Number: 1:17-cv-23941-DPG - U.S. District Court - Fla Southern District

Good afternoon, Mr. Noa.  The attached Order concerning the Writ to Bank of America was just issued.  We are considering appeal options of the Magistrate's decision and, otherwise, note that the order only dissolved the writ as to Irene Dones, not Defendant.  Bank of America, of course, has already answered that the safe deposit box also is