UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

BRIDGEHEAD CONTAINER SERVICES
LTD.,

    Plaintiff,

v.       CASE NO.: 17-23941-CV-GAYLES (COHN)

ANGEL DONES, JR.,

    Defendant.
_____/

## NOTICE OF SERVICE

I hereby certify that, on May 19, 2021, a copy of the application for the issuance of a Writ of Garnishment to Bank of America, National Association [ECF 191], the issued Writ of Garnishment to Bank of America [ECF 192], and a copy of the Notice to Defendant of Right Against Garnishment of Wages, Money, and Other Property was mailed to Defendant Angel Dones, Jr. and Irene Dones by First Class U.S. Mail to 176 Paloma Drive, Coral Gables, Florida 33143.

I further certify that, on May 19, 2021, a copy of the application for the issuance of a Writ of Garnishment to Bank of America, National Association [ECF 191], the issued Writ of Garnishment to Bank of America [ECF 192], and a copy of the Notice to Defendant of Right Against Garnishment of Wages, Money, and Other Property was mailed by First Class U.S. Mail to David A. Donet, Jr., Donet, McMillan & Trontz, P.A., 3250 Mary Street, Suite 406, Coconut

Grove, FL 33133, as well as by imaged e-mail to donet@dmt-law.com.

Dated: May 20, 2021.

| /s/ *Christopher J. Lyon* | MCLEOD BROCK LAW, PLLC |
|---|---|
| J. Stephen Simms, admitted *pro hac vice* | |
| Christopher J. Lyon, admitted *pro hac vice* | /s/ *Lindsey C. Brock III* |
| Simms Showers LLP | Lindsey C. Brock III |
| 201 International Circle, Suite 230 | Florida Bar No. 971669 |
| Baltimore, MD 21030 | Michael W. McLeod |
| Tel:    410-783-5795 | Florida Bar No. 956831 |
| Fax:   410-510-1789 | Mailing Address: |
| Email: jssimms@simmsshowers.com | 9995 Gate Parkway N., Suite 400 |
| Email: cjlyon@simmsshowers.com | Jacksonville, FL 32246 |
| | 904-996-1100 Office |
| | Email:  lindsey@mcleodbrock.com |
| | Secondary E-Mail: jennifer@mcleodbrock.com |

Counsel for Plaintiff Bridgehead Container Services Ltd.

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of May, 2021, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

> J. Stephen Simms, Esq.
> Christopher J. Lyon, Esq.
> jssimms@simmsshowers.com
> cjlyon@simmsshowers.com
>
> Michael W. McLeod, Esq.
> mmcleod@mcleodbrock.com
> michelle@mcleodbrock.com
>
> David A. Donet, Jr., Esq.
> Donet@dmt-law.com
> paralegals@dmt-law.com
>
> Joseph A. Noa, Jr., Esq.
> e-service@noalawfirm.com

MCLEOD BROCK LAW, PLLC

 /s/ Lindsey C. Brock III
Michael W. McLeod
Florida Bar No. 956831
Lindsey C. Brock III
Florida Bar No. 971669
9995 Gate Parkway N., Suite 400
Jacksonville, FL 32246
904-996-1100 Office
Email: lindsey@mcleodbrock.com
Secondary E-Mail: jennifer@mcleodbrock.com

**Counsel for Plaintiff Bridgehead Container Services Ltd.**