# AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| **State of Florida** | **County of Broward** | **United States Southern District Court** |

Case Number: 17-23941-CV-GAYLES (COHN)

Plaintiff:
**Bridgehead Container Services LTD**

vs.

Defendant:
**Angel Dones Jr**

For:
SIMMS SHOWERS LLP
210 International Circle, Ste 230
Hunt Valley, MD 21030

Received by All Broward Process Corp on the 19th day of May, 2021 at 1:28 pm to be served on **Bank of America National Association c/o CT Corporation System, 1200 S Pine Island Road, Plantation, FL 33324**.

I, Francisco X. Carreras, being duly sworn, depose and say that on the **19th day of May, 2021** at **2:00 pm, I:**

served a **REGISTERED AGENT** by delivering a true copy of the **Writ of Ganishment, Notice To Defendant of Right Against Garnishment of Wages, Money, and Other Property, Claim of Exemption and Request for Hearing** with the date and hour of service endorsed thereon by me, to: **Donna Moch** as **Registered Agent** at the address of: **1200 S Pine Island Road, Plantation, FL 33324** on behalf of **Bank of America National Association**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 55+, Sex: F, Race/Skin Color: White, Height: 5'5", Weight: 140, Hair: Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury I declare I have read the foregoing Return of Service and that the facts stated are true. Notary not required pursuant to F.S. 92.525(2). Electronically signed in accordance with FSS 48.21(1).

Subscribed and Sworn to before me on the 19 day of May, 2021 by the affiant who is personally known to me or appeared by means of physical presence or online notarization.

_____
NOTARY PUBLIC



MARJORIE RICE
Commission # HH 073089
Expires December 16, 2024
Bonded Thru Budget Notary Services

Francisco X. Carreras
#582

All Broward Process Corp
701 N Fig Tree Lane
Plantation, FL 33317
(954) 214-5194

Our Job Serial Number: BPC-2021001618

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1z

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

BRIDGEHEAD CONTAINER SERVICES
LTD.,

    Plaintiff,

v.                                        CASE NO.: 17-23941-CV-GAYLES (COHN)

ANGEL DONES, JR.,

    Defendant.

_____/

## WRIT OF GARNISHMENT

TO GARNISHEE:    Bank of America, National Association
                        c/o C T Corporation System, Registered Agent
                        1200 South Pine Island Road
                        Plantation, FL 33324

UNITED STATES OF AMERICA:

TO THE UNITED STATES MARSHAL OR DEPUTY MARSHALL OR SPECIALLY APPOINTED PROCESS SERVER:

       YOU ARE COMMANDED to summon the garnishee, Bank of America, National Association., to serve an answer to this writ on Lindsey C. Brock III, McLeod Brock PLLC, 150 E. Palmetto Park Road, Suite 800, Boca Raton, Florida 33432 and J. Stephen Simms, Simms Showers LLP, 201 International Circle, Suite 230, Baltimore, Maryland 21030, Plaintiff's attorneys, within twenty (20) days after the service on the garnishee, exclusive of the day of service, and to file the original with the clerk of this court either before service on the attorney or immediately thereafter, stating whether the garnishee is indebted to Defendant Angel Dones, Jr. at the time of the answer, or was indebted at the time of service of the writ, or at any time between such times, and in what sum and what tangible and intangible personal property of the defendant the garnishee is in possession or control of at the time of the answer or had at the time of service of this writ, or at any time between such times, and whether the garnishee knows of any other person indebted to the defendant or who may be in possession or control of any of the property of the defendant. The amount of the judgment is $166,525.00 with interest accruing at the rate of 1.49% per annum ($6.80 per day) from date of entry of the judgment on February 13, 2020.

       FAILURE TO FILE AN ANSWER WITHIN THE TIME REQUIRED MAY RESULT IN THE ENTRY OF JUDGMENT AGAINST THE GARNISHEE FOR THE ABOVE

CASE NO.: 17-23941-CV-GAYLES (COHN)

AMOUNT OF $166,525.00, PLUS POST-JUDGMENT INTEREST AT THE RATE OF 1.49% PER ANNUM.

Dated: May 19, 2021.



ANGELA E. NOBLE
CLERK OF THE COURT

By: s/Ahlai Israel
Deputy Clerk

## NOTICE TO DEFENDANT OF RIGHT AGAINST
## GARNISHMENT OF WAGES, MONEY, AND OTHER PROPERTY

The Writ of Garnishment delivered to you with this Notice means that wages, money, and other property belonging to you have been garnished to pay a court judgment against you. HOWEVER, YOU MAY BE ABLE TO KEEP OR RECOVER YOUR WAGES, MONEY, OR PROPERTY. READ THIS NOTICE CAREFULLY.

State and federal laws provide that certain wages, money, and property, even if deposited in a bank, savings and loan, or credit union, may not be taken to pay certain types of court judgments. Such wages, money, and property are exempt from garnishment. The major exemptions are listed below on the form for Claim of Exemption and Request for Hearing. This list does not include all possible exemptions. You should consult a lawyer for specific advice.

IF AN EXEMPTION FROM GARNISHMENT APPLIES TO YOU AND YOU WANT TO KEEP YOUR WAGES, MONEY, AND OTHER PROPERTY FROM BEING GARNISHED, OR TO RECOVER ANYTHING ALREADY TAKEN, YOU MUST COMPLETE A FORM FOR CLAIM OF EXEMPTION AND REQUEST FOR HEARING AS SET FORTH BELOW AND HAVE THE FORM NOTARIZED. IF YOU HAVE A VALID EXEMPTION, YOU MUST FILE THE FORM WITH THE CLERK'S OFFICE WITHIN 20 DAYS AFTER THE DATE YOU RECEIVE THIS NOTICE OR YOU MAY LOSE IMPORTANT RIGHTS. YOU MUST ALSO MAIL OR DELIVER A COPY OF THIS FORM TO THE PLAINTIFF OR THE PLAINTIFF'S ATTORNEY AND THE GARNISHEE OR THE GARNISHEE'S ATTORNEY AT THE ADDRESSES LISTED ON THE WRIT OF GARNISHMENT. NOTE THAT THE FORM REQUIRES YOU TO COMPLETE A CERTIFICATION THAT YOU MAILED OR HAND DELIVERED COPIES TO THE PLAINTIFF OR THE PLAINTIFF'S ATTORNEY AND THE GARNISHEE OR THE GARNISHEE'S ATTORNEY.

If you request a hearing, it will be held as soon as possible after your request is received by the court. The plaintiff or the plaintiff's attorney must file any objection within 8 business days if you hand delivered to the plaintiff or the plaintiff's attorney a copy of the form for Claim of Exemption and Request for Hearing or, alternatively, 14 business days if you mailed a copy of the form for claim and request to the plaintiff or the plaintiff's attorney. If the plaintiff or the plaintiff's attorney files an objection to your Claim of Exemption and Request for Hearing, the clerk will notify you and the other parties of the time and date of the hearing. You may attend the hearing with or without an attorney. If the plaintiff or the plaintiff's attorney fails to file an objection, no hearing is required, the writ of garnishment will be dissolved and your wages, money, or property will be released.

IF YOU HAVE A VALID EXEMPTION, YOU SHOULD FILE THE FORM FOR CLAIM OF EXEMPTION IMMEDIATELY TO KEEP YOUR WAGES, MONEY, OR PROPERTY FROM BEING APPLIED TO THE COURT JUDGMENT. THE CLERK CANNOT GIVE YOU LEGAL ADVICE. IF YOU NEED LEGAL ASSISTANCE YOU SHOULD SEE A LAWYER.

IF YOU CANNOT AFFORD A PRIVATE LAWYER, LEGAL SERVICES MAY BE AVAILABLE. CONTACT YOUR LOCAL BAR ASSOCIATION OR ASK THE CLERK'S OFFICE ABOUT ANY LEGAL SERVICES PROGRAM IN YOUR AREA.

## CLAIM OF EXEMPTION AND
## REQUEST FOR HEARING

I claim exemptions from garnishment under the following categories as checked:

1. Head of family wages. (Check either a. or b. below, if applicable.)

a. I provide more than one-half of the support for a child or other dependent and have net earnings of $750 or less per week. _____

b. I provide more than one-half of the support for a child or other dependent, have net earnings of more than $750 per week, but have not agreed in writing to have my wages garnished. _____

2. Social Security benefits. _____

   3. Supplemental Security Income benefits. _____

   4. Public assistance (welfare). _____

   5. Workers' Compensation. _____

   6. Reemployment assistance or unemployment compensation. _____

   7. Veterans' benefits. _____

   8. Retirement or profit-sharing benefits or pension money. _____

9. Life insurance benefits or cash surrender value of a life insurance policy or proceeds of annuity contract. _____

   10. Disability income benefits. _____

   11. Prepaid College Trust Fund or Medical Savings Account. _____

   12. Other exemptions as provided by law. _____
(explain)

I request a hearing to decide the validity of my claim. Notice of the hearing should be given to me at:

Address: _____
Telephone number: _____

4

I CERTIFY UNDER OATH AND PENALTY OF PERJURY that a copy of this CLAIM OF EXEMPTION AND REQUEST FOR HEARING has been furnished by (circle one) United States mail or hand delivery on _____, 2021, to: _____

_____
(insert names and addresses of Plaintiff or Plaintiff's attorney and of Garnishee or Garnishee's attorney to whom this document was furnished).

I FURTHER CERTIFY UNDER OATH AND PENALTY OF PERJURY that the statements made in this request are true to the best of my knowledge and belief.

_____
Defendant's signature

Date: _____, 2021.

STATE OF FLORIDA

COUNTY OF _____

Sworn and subscribed to before me this ___ day of _____, 2021, by _____.

_____
Notary Public/Deputy Clerk

Personally Known   OR   Produced Identification

Type of Identification Produced _____

5