UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-23941-CV-GAYLES (COHN)

BRIDGEHEAD CONTAINER SERVICES LTD,

    Plaintiff,

v.

ANGEL DONES, JR.,

    Defendant,

and

BANK OF AMERICA, N.A.,

    Garnishee.

_____/

### GARNISHEE BANK OF AMERICA, N.A.'S ANSWER TO WRIT OF GARNISHMENT AND DEMAND FOR PAYMENT OF ATTORNEY'S FEES

    Garnishee, BANK OF AMERICA, N.A., ("BANK OF AMERICA" or "Garnishee"), by and through its undersigned counsel, hereby files its Answer to that certain writ of garnishment, dated May 19, 2021 (the "Second Writ") inquiring as to whether BANK OF AMERICA is indebted to Defendant, Angel Dones, Jr. (hereinafter "Defendant") and states as follows:

    1.    At the time of service of the Second Writ, plus sufficient time not to exceed one business day for Garnishee to act expeditiously on the Second Writ, and the time of its Answer and at all times between service and its Answer, Garnishee was not indebted to Defendant(s), ANGEL DONES, JR.

    2.    BANK OF AMERICA states that at the time of the service of the Second Writ, plus sufficient time not to exceed one business day for BANK OF AMERICA to act expeditiously on

**CASE NO.: 17-23941-CV-GAYLES (COHN)**

the Second Writ, and at the time of its Answer and at all times in between service of the Second Writ and this Answer, BANK OF AMERICA's records reflect that the Defendant is the co-lessee of the safe deposit box owned by BANK OF AMERICA, identified as follows:

| Account Number | Name on Safe Deposit Box | Box Location |
|---|---|---|
| XXXX-XXXX-1780 | IRENE DONES<br>ANGEL DONES JR.<br>176 PALOMA DR.,<br>CORAL GABLES, FL 33143-6545 | BANK OF AMERICA, N.A.<br>SOUTH MIAMI BANKING CENTER<br>1500 S. DIXIE HWY.<br>CORAL GABLES, FL 33146[1] |

3.  In the event the Court orders an inventory of the safe deposit box and Plaintiff cannot obtain a key from the Defendant, there is a drilling fee of $150.00 to open a safe deposit box for an inventory of its contents.  BANK OF AMERICA does not know if the safe deposit box has any contents, and has no obligation to make, and has not made, a determination as to the ownership of the contents of the safe deposit box, if any, or as to whether any contents of the safe deposit box are subject to any exemption provided to Defendant and/or other persons or entities under Federal or State law.

4.  Garnishee knows of no other person indebted to Defendant or any other person who may have any effects, goods, money or chattels of the said Defendant, nor did Garnishee have in its possession or control any other tangible or intangible personal property of the Defendant.

---

[1] The Safe deposit box identified by the account number ending in -1780 is currently held pursuant to a Writ of Garnishment issued on April 13, 2021 (the "First Writ") [D.E. 170] in the above referenced matter.  This Court issued its Order [D.E. 190] which dissolved the First Writ as to non-party safe deposit box co-lessee Mrs. Downes.  However, the First Writ was not dissolved as to Angel Downes.  If the First Writ is dissolved in its entirety, then the -1780 Box will be held subject to the Second Writ.

**CASE NO.: 17-23941-CV-GAYLES (COHN)**

5. Should the Court determine that the Garnishor is entitled to a judgment in garnishment, BANK OF AMERICA requests that the judgment of garnishment contain specific instructions regarding the disposition of assets in the account.

**DEMAND FOR PAYMENT OF GARNISHMENT FEE**

BANK OF AMERICA is entitled to attorneys' fees and costs as provided in Fla. Stat. §77.28. In accordance with Section 77.28, Florida Statutes, as amended on July 1, 2014, and having filed the Answer of Garnishee to the Second Writ in this case, Garnishee hereby demands from the Garnishor the payment forthwith of the $100.00 statutory garnishment fee in partial payment of its attorney's fees. The statutory garnishment fee of $100.00 shall be made in the form of a check, payable to Liebler, Gonzalez & Portuondo, Garnishee's attorneys, and mailed to:

**LIEBLER, GONZALEZ & PORTUONDO**
**COURTHOUSE TOWER, 25TH FLOOR**
**44 WEST FLAGLER STREET**
**MIAMI, FLORIDA 33130**

*/s/ Miguel M. Cordano*

**LIEBLER, GONZALEZ & PORTUONDO**
Counsel for Garnishee, *BANK OF AMERICA, N.A.*
Courthouse Tower - 25th Floor
44 West Flagler Street
Miami, FL 33130
(305) 379-0400
service@lgplaw.com

CASE NO.: 17-23941-CV-GAYLES (COHN)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24th day of May, 2021, I electronically filed the foregoing with the Clerk of Courts by using the CM/ECF. I also certify that the foregoing document is being served electronically to the following: Lindsey C. Brock III, McLeod Brock PLLC, 150 E. Palmetto Park Road, Suite 800, Boca Raton, Florida 33432 and J. Stephen Simms, Simms Showers LLP, 201 International Circle, Suite 230, Baltimore, Maryland 21030.

By: */s/ Miguel M. Cordano*

MIGUEL M. CORDANO
Florida Bar No.: 0523682
mc@lgplaw.com
JOHN D. BERNSTEIN
Florida Bar No.: 125647
jdb@lgplaw.com