UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

BRIDGEHEAD CONTAINER SERVICES
LTD.,

    Plaintiff,

v.                                                         CASE NO.: 17-23941-CV-GAYLES
                                                              (COHN)

ANGEL DONES, JR.,

    Defendant.
_____/

## NOTICE OF SERVICE

      I hereby certify that, on May 28, 2021, a copy of the Answer of Bank of America to the Writ of Garnishment [ECF 202], and a copy of the Notice to Defendant of Right Against Garnishment of Wages, Money, and Other Property was mailed to Defendant Angel Dones, Jr. and Third-Party Irene Dones by First Class U.S. Mail to 176 Paloma Drive, Coral Gables, Florida 33143.

Dated: June 3, 2021.

| | |
|---|---|
| /s/ *Christopher J. Lyon* | MCLEOD BROCK LAW, PLLC |
| J. Stephen Simms, admitted *pro hac vice* | |
| Christopher J. Lyon, admitted *pro hac vice* | /s/ *Lindsey C. Brock III* |
| Simms Showers LLP | Lindsey C. Brock III |
| 201 International Circle, Suite 230 | Florida Bar No. 971669 |
| Baltimore, MD 21030 | Michael W. McLeod |
| Tel:   410-783-5795 | Florida Bar No. 956831 |
| Fax:  410-510-1789 | Mailing Address: |
| Email: jssimms@simmsshowers.com | 9995 Gate Parkway North, Suite 400 |
| Email: cjlyon@simmsshowers.com | Jacksonville, FL 32246 |
| | 904-996-1100 Office |
| | Email:  lindsey@mcleodbrock.com |
| | Secondary E-Mail: jennifer@mcleodbrock.com |

                      Counsel for Plaintiff Bridgehead Container Services Ltd.

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of June, 2021, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

> J. Stephen Simms, Esq.
> Christopher J. Lyon, Esq.
> jssimms@simmsshowers.com
> cjlyon@simmsshowers.com
>
> Michael W. McLeod, Esq.
> mmcleod@mcleodbrock.com
> michelle@mcleodbrock.com
>
> David A. Donet, Jr., Esq.
> Donet@dmt-law.com
> paralegals@dmt-law.com
>
> Joseph A. Noa, Jr., Esq.
> e-service@noalawfirm.com
>
> Miguel M. Cordano, Esq.
> Service@lgplaw.com

                         MCLEOD BROCK LAW, PLLC

                         /s/ Lindsey C. Brock III
                         Michael W. McLeod
                         Florida Bar No. 956831
                         Lindsey C. Brock III
                         Florida Bar No. 971669
                         9995 Gate Parkway N., Suite 400
                         Jacksonville, FL 32246
                         904-996-1100 Office
                         Email: lindsey@mcleodbrock.com
                         Secondary E-Mail: jennifer@mcleodbrock.com
                         **Counsel for Plaintiff Bridgehead Container Services Ltd.**